Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Gutfahr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>          Plaintiff,<br><br>vs.<br><br>Elizabeth Gutfahr,<br>          Defendant. | No. CR24-08132-TUC-RM(EJM)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

COMES NOW the undersigned attorney, JOSHUA F. HAMILTON, of the Law Office of Hernandez & Hamilton, PC, The Johnson House Offices, 455 West Paseo Redondo, Tucson, Arizona, 85701-8254, Email: Josh@Hernandez-Hamilton.com, and enters his Notice of Appearance, for and on behalf of the defendant, Elizabeth Gutfahr, in the above-entitled cause number for all further proceedings herein.

Counsel undersigned hereby enters pleas of NOT GUILTY to any and all charges and further DENIES any and all allegations lodged in this matter. As of

the date of this filing, counsel undersigned can avow that he is aware of all presently-set court dates in this matter.

RESPECTFULLY SUBMITTED this 20th day of November, 2024.

Law Office of
**HERNANDEZ & HAMILTON, PC**

*s/Joshua F. Hamilton*
JOSHUA F. HAMILTON
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Julie Padilla, do hereby certify that on this 20th day of November, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Honorable Rosemary Marquez
United States District Court

Magistrate Judge Eric J. Markovich
United States District Court

Jane Westby, Assistant
United States Attorney's Office

Nicholas W. Cannon, Assistant
United States Attorney's Office

Joshua F. Hamilton
Attorney for Defendant

By *s/Julie Padilla*
     JULIE PADILLA