Law Office of
**HERNANDEZ & HAMILTON, PC**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ028084)
Email: Josh@Hernandez-Hamilton.com
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Gutfahr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR24-08132-TUC-RM(EJM) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF PLEA** |
| Elizabeth Gutfahr, | **(Defendant Out of Custody)** |
| Defendant. | |

PLEASE TAKE NOTICE that a Change of Plea hearing for the defendant, Elizabeth Gutfahr, will be heard on November 21, 2024, at 9:00 a.m., before Magistrate Judge Eric J. Markovich, at the United States District Court for the District of Arizona, 405 West Congress Street, Tucson, Arizona, 85701.

RESPECTFULLY SUBMITTED this 20th day of November, 2024.

Law Office of
**HERNANDEZ & HAMILTON, PC**


 s/Joshua F. Hamilton
JOSHUA F. HAMILTON
Attorney for Defendant

1

# CERTIFICATE OF SERVICE

I, Julie Padilla, do hereby certify that on this 20th day of November, 2024, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Honorable Rosemary Marquez
United States District Court

Magistrate Judge Eric J. Markovich
United States District Court

Jane Westby, Assistant
United States Attorney's Office

Nicholas W. Cannon, Assistant
United States Attorney's Office

Joshua F. Hamilton
Attorney for Defendant

By *s/Julie Padilla*
　　JULIE PADILLA