Law Office of
**HERNANDEZ | HAMILTON | LAMOUREUX**
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
JOSHUA F. HAMILTON (AZ 028084)
Email: *josh@hhlaz.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant Gutfahr

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Elizabeth Gutfahr,<br>　　　　　　Defendant. | No. CR24-08132-TUC-RM-(EJM)<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**Defendant out of Custody** |
|---|---|

It is expected that excludable delay under Title 18, U.S.C. § 3161 (h)(1)(f), will occur as a result of this motion or an order based thereupon.

The defendant, Elizabeth Gutfahr, by and through counsel undersigned, hereby moves to continue sentencing, presently set to commence on May 7, 2025.

This request is made for the following reasons:

1. Counsel undersigned needs additional time to schedule and conduct the probation interview.  In addition, once the presence report has been prepared, counsel undersigned will need time to review, draft, prepare and finalize any objections to said report.  Lastly, counsel undersigned will need additional time to prepare the sentencing memorandum.

2. Counsel undersigned contacted Jane Westby and Nicholas W. Cannon, Assistant United States Attorneys, who stated they have no objection to this request, or an order based thereupon.

For the above-stated reasons, the defense asks that this Court continue this matter to any of the following dates: June 16, 2025, June 17, 2025, or June 18, 2025, if it is all possible with this Court's calendar. Counsel undersigned respectfully requests this Court not to schedule any future hearings for the following dates: June 20, 2025, through July 7, 2025, as our office will be closed for summer vacation. Defendant hereby waives any applicable time limits.

RESPECTFULLY SUBMITTED this 10th day of March 2025.

Law Office of
**HERNANDEZ | HAMILTON | LAMOUREUX**


 *s/Joshua F. Hamilton*
JOSHUA F. HAMILTON
Attorney for Defendant

# CERTIFICATE OF SERVICE

I, Veronica Bravo, do hereby certify that on this 10th day of March 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Honorable Rosemary Marquez
United States District Court

Jane L. Westby, Assistant
United States Attorney's Office

Nicholas W. Cannon, Assistant
United States Attorney's Office

Willow Stokes, Senior
United States Probation Office

Joshua F. Hamilton
Attorney for Defendant Gutfahr

By *s/Veronica Bravo*
    Veronica Bravo