# EXHIBIT 1

Santa Cruz County Wire Transfers to Elisabeth Gutfahr (RRREC/RRC)
For the period on or about 3/13/2014 to 3/28/2024

Prepared by FoA Rudy Ruiz

| | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SCCT Wires to Gutfahr | | $38,712,100.00 |

| Wire Transfer # | ACCOUNT_MASTER | ACCOUNT_NAME | DATE | TYPE | COUNTERPARTY | COUNTERPARTY_BANK | COUNTERPARTY_ACCOUNT | SCC Wires to Gutfahr |
|---|---|---|---|---|---|---|---|---|
| 1 | 6320 | SANTA CRUZ COUNTY | 3/13/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $76,100.00 |
| 2 | 6320 | SANTA CRUZ COUNTY | 5/1/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $175,000.00 |
| 3 | 6320 | SANTA CRUZ COUNTY | 10/30/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 4 | 6320 | SANTA CRUZ COUNTY | 12/1/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $25,000.00 |
| 5 | 6320 | SANTA CRUZ COUNTY | 12/18/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $30,000.00 |
| 6 | 6320 | SANTA CRUZ COUNTY | 12/18/2014 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $30,000.00 |
| 7 | 6320 | SANTA CRUZ COUNTY | 2/11/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $150,000.00 |
| 8 | 6320 | SANTA CRUZ COUNTY | 4/9/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 9 | 6320 | SANTA CRUZ COUNTY | 4/27/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $78,000.00 |
| 10 | 6320 | SANTA CRUZ COUNTY | 5/26/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 11 | 6320 | SANTA CRUZ COUNTY | 5/28/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 12 | 6320 | SANTA CRUZ COUNTY | 8/13/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 13 | 6320 | SANTA CRUZ COUNTY | 9/11/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $100,000.00 |
| 14 | 6320 | SANTA CRUZ COUNTY | 10/1/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $60,000.00 |
| 15 | 6320 | SANTA CRUZ COUNTY | 10/29/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 16 | 6320 | SANTA CRUZ COUNTY | 11/5/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $95,000.00 |
| 17 | 6320 | SANTA CRUZ COUNTY | 12/1/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 18 | 6320 | SANTA CRUZ COUNTY | 12/30/2015 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 19 | 6320 | SANTA CRUZ COUNTY | 1/27/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $65,000.00 |
| 20 | 6320 | SANTA CRUZ COUNTY | 2/26/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 21 | 6320 | SANTA CRUZ COUNTY | 3/28/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 22 | 6320 | SANTA CRUZ COUNTY | 4/28/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $85,000.00 |
| 23 | 6320 | SANTA CRUZ COUNTY | 5/20/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 24 | 6320 | SANTA CRUZ COUNTY | 5/27/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 25 | 6320 | SANTA CRUZ COUNTY | 8/2/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $160,000.00 |
| 26 | 6320 | SANTA CRUZ COUNTY | 9/2/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 27 | 6320 | SANTA CRUZ COUNTY | 9/29/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $60,000.00 |
| 28 | 6320 | SANTA CRUZ COUNTY | 11/1/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $75,000.00 |
| 29 | 6320 | SANTA CRUZ COUNTY | 12/5/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 30 | 6320 | SANTA CRUZ COUNTY | 12/21/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $50,000.00 |
| 31 | 6320 | SANTA CRUZ COUNTY | 12/28/2016 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $80,000.00 |
| 32 | 6320 | SANTA CRUZ COUNTY | 1/19/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $80,000.00 |
| 33 | 6320 | SANTA CRUZ COUNTY | 2/10/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $80,000.00 |
| 34 | 6320 | SANTA CRUZ COUNTY | 3/10/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $80,000.00 |
| 35 | 6320 | SANTA CRUZ COUNTY | 3/20/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $30,000.00 |
| 36 | 6320 | SANTA CRUZ COUNTY | 3/29/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $80,000.00 |
| 37 | 6320 | SANTA CRUZ COUNTY | 4/14/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 28516 | $60,000.00 |

**US v. Gutfahr**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38 | | 6320 | SANTA CRUZ COUNTY | 5/2/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $60,000.00 |
| 39 | | 6320 | SANTA CRUZ COUNTY | 5/22/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $120,000.00 |
| 40 | | 6320 | SANTA CRUZ COUNTY | 5/31/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 41 | | 6320 | SANTA CRUZ COUNTY | 8/2/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 42 | | 6320 | SANTA CRUZ COUNTY | 8/16/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $50,000.00 |
| 43 | | 6320 | SANTA CRUZ COUNTY | 9/1/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 44 | | 6320 | SANTA CRUZ COUNTY | 9/28/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $120,000.00 |
| 45 | | 6320 | SANTA CRUZ COUNTY | 10/11/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $252,000.00 |
| 46 | | 6320 | SANTA CRUZ COUNTY | 10/20/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $275,000.00 |
| 47 | | 6320 | SANTA CRUZ COUNTY | 11/1/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $90,000.00 |
| 48 | | 6320 | SANTA CRUZ COUNTY | 12/1/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $90,000.00 |
| 49 | | 6320 | SANTA CRUZ COUNTY | 12/18/2017 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $168,000.00 |
| 50 | | 6320 | SANTA CRUZ COUNTY | 1/18/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 51 | | 6320 | SANTA CRUZ COUNTY | 2/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $50,000.00 |
| 52 | | 6320 | SANTA CRUZ COUNTY | 3/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $120,000.00 |
| 53 | | 6320 | SANTA CRUZ COUNTY | 4/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 54 | | 6320 | SANTA CRUZ COUNTY | 5/1/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 55 | | 6320 | SANTA CRUZ COUNTY | 5/23/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 56 | | 6320 | SANTA CRUZ COUNTY | 5/31/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 57 | | 6320 | SANTA CRUZ COUNTY | 8/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $120,000.00 |
| 58 | | 6320 | SANTA CRUZ COUNTY | 8/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $40,000.00 |
| 59 | | 6320 | SANTA CRUZ COUNTY | 8/14/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 60 | | 6320 | SANTA CRUZ COUNTY | 8/29/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 61 | | 6320 | SANTA CRUZ COUNTY | 9/10/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 62 | | 6320 | SANTA CRUZ COUNTY | 9/17/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 63 | | 6320 | SANTA CRUZ COUNTY | 10/1/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 64 | | 6320 | SANTA CRUZ COUNTY | 10/5/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $70,000.00 |
| 65 | | 6320 | SANTA CRUZ COUNTY | 10/9/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 66 | | 6320 | SANTA CRUZ COUNTY | 10/11/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 67 | | 6320 | SANTA CRUZ COUNTY | 10/29/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $50,000.00 |
| 68 | | 6320 | SANTA CRUZ COUNTY | 11/2/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 69 | | 6320 | SANTA CRUZ COUNTY | 11/20/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 70 | | 6320 | SANTA CRUZ COUNTY | 11/27/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 71 | | 6320 | SANTA CRUZ COUNTY | 12/4/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 72 | | 6320 | SANTA CRUZ COUNTY | 12/20/2018 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 73 | | 6320 | SANTA CRUZ COUNTY | 1/18/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 74 | | 6320 | SANTA CRUZ COUNTY | 1/25/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 75 | | 6320 | SANTA CRUZ COUNTY | 1/28/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 76 | | 6320 | SANTA CRUZ COUNTY | 3/1/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 77 | | 6320 | SANTA CRUZ COUNTY | 3/13/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $50,000.00 |
| 78 | | 6320 | SANTA CRUZ COUNTY | 3/26/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $130,000.00 |
| 79 | | 6320 | SANTA CRUZ COUNTY | 4/5/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $50,000.00 |
| 80 | | 6320 | SANTA CRUZ COUNTY | 4/22/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $70,000.00 |

**US v. Gutfahr**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | 66320 | SANTA CRUZ COUNTY | 5/1/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 82 | 66320 | SANTA CRUZ COUNTY | 5/13/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 83 | 66320 | SANTA CRUZ COUNTY | 5/22/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 84 | 66320 | SANTA CRUZ COUNTY | 5/30/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $190,000.00 |
| 85 | 66320 | SANTA CRUZ COUNTY | 8/1/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $85,000.00 |
| 86 | 66320 | SANTA CRUZ COUNTY | 8/12/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $400,000.00 |
| 87 | 66320 | SANTA CRUZ COUNTY | 8/14/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $425,000.00 |
| 88 | 66320 | SANTA CRUZ COUNTY | 8/28/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $100,000.00 |
| 89 | 66320 | SANTA CRUZ COUNTY | 9/4/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $75,000.00 |
| 90 | 66320 | SANTA CRUZ COUNTY | 9/11/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $100,000.00 |
| 91 | 66320 | SANTA CRUZ COUNTY | 9/18/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $100,000.00 |
| 92 | 66320 | SANTA CRUZ COUNTY | 10/1/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 93 | 66320 | SANTA CRUZ COUNTY | 10/18/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $195,000.00 |
| 94 | 66320 | SANTA CRUZ COUNTY | 11/4/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 95 | 66320 | SANTA CRUZ COUNTY | 11/21/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 96 | 66320 | SANTA CRUZ COUNTY | 12/16/2019 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $175,000.00 |
| 97 | 66320 | SANTA CRUZ COUNTY | 1/2/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 98 | 66320 | SANTA CRUZ COUNTY | 1/17/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $80,000.00 |
| 99 | 66320 | SANTA CRUZ COUNTY | 1/31/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 100 | 66320 | SANTA CRUZ COUNTY | 2/11/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $95,000.00 |
| 101 | 66320 | SANTA CRUZ COUNTY | 2/28/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 102 | 66320 | SANTA CRUZ COUNTY | 3/18/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $125,000.00 |
| 103 | 66320 | SANTA CRUZ COUNTY | 3/30/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $125,000.00 |
| 104 | 66320 | SANTA CRUZ COUNTY | 4/9/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 105 | 66320 | SANTA CRUZ COUNTY | 4/20/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 106 | 66320 | SANTA CRUZ COUNTY | 5/1/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 107 | 66320 | SANTA CRUZ COUNTY | 5/11/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 108 | 66320 | SANTA CRUZ COUNTY | 5/28/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 109 | 66320 | SANTA CRUZ COUNTY | 5/29/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $350,000.00 |
| 110 | 66320 | SANTA CRUZ COUNTY | 8/3/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $250,000.00 |
| 111 | 66320 | SANTA CRUZ COUNTY | 8/18/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $225,000.00 |
| 112 | 56320 | SANTA CRUZ COUNTY | 8/31/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $125,000.00 |
| 113 | 66320 | SANTA CRUZ COUNTY | 9/8/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $225,000.00 |
| 114 | 66320 | SANTA CRUZ COUNTY | 9/18/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $200,000.00 |
| 115 | 66320 | SANTA CRUZ COUNTY | 10/1/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $225,000.00 |
| 116 | 56320 | SANTA CRUZ COUNTY | 10/19/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $175,000.00 |
| 117 | 56320 | SANTA CRUZ COUNTY | 10/29/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $175,000.00 |
| 118 | 56320 | SANTA CRUZ COUNTY | 11/9/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $175,000.00 |
| 119 | 56320 | SANTA CRUZ COUNTY | 11/17/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $125,000.00 |
| 120 | 56320 | SANTA CRUZ COUNTY | 12/1/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $125,000.00 |
| 121 | 56320 | SANTA CRUZ COUNTY | 12/14/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $150,000.00 |
| 122 | 56320 | SANTA CRUZ COUNTY | 12/30/2020 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $175,000.00 |
| 123 | 56320 | SANTA CRUZ COUNTY | 1/8/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $100,000.00 |

**US v. Gutfahr**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 124 | | 16320 | SANTA CRUZ COUNTY | 1/21/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $175,000.00 |
| 125 | | 16320 | SANTA CRUZ COUNTY | 2/1/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 126 | | 16320 | SANTA CRUZ COUNTY | 2/25/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 127 | | 16320 | SANTA CRUZ COUNTY | 3/1/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $250,000.00 |
| 128 | | 16320 | SANTA CRUZ COUNTY | 3/18/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 129 | | 16320 | SANTA CRUZ COUNTY | 3/23/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $498,000.00 |
| 130 | | 16320 | SANTA CRUZ COUNTY | 4/2/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 131 | | 16320 | SANTA CRUZ COUNTY | 4/30/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 132 | | 16320 | SANTA CRUZ COUNTY | 5/25/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $590,000.00 |
| 133 | | 16320 | SANTA CRUZ COUNTY | 5/27/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $500,000.00 |
| 134 | | 16320 | SANTA CRUZ COUNTY | 8/6/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 135 | | 16320 | SANTA CRUZ COUNTY | 8/27/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 136 | | 16320 | SANTA CRUZ COUNTY | 9/27/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 137 | | 16320 | SANTA CRUZ COUNTY | 10/7/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 138 | | 1669 | SANTA CRUZ COUNTY | 11/1/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 139 | | 16320 | SANTA CRUZ COUNTY | 11/12/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 140 | | 16320 | SANTA CRUZ COUNTY | 12/17/2021 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 141 | | 16320 | SANTA CRUZ COUNTY | 1/18/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 142 | | 16320 | SANTA CRUZ COUNTY | 2/2/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 143 | | 16320 | SANTA CRUZ COUNTY | 2/15/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 144 | | 16320 | SANTA CRUZ COUNTY | 2/28/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 145 | | 16320 | SANTA CRUZ COUNTY | 3/8/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 146 | | 16320 | SANTA CRUZ COUNTY | 4/4/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 147 | | 16320 | SANTA CRUZ COUNTY | 4/29/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $275,000.00 |
| 148 | | 16320 | SANTA CRUZ COUNTY | 5/16/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $350,000.00 |
| 149 | | 16320 | SANTA CRUZ COUNTY | 5/20/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $395,000.00 |
| 150 | | 16320 | SANTA CRUZ COUNTY | 5/31/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $395,000.00 |
| 151 | | 16320 | SANTA CRUZ COUNTY | 8/1/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 152 | | 16320 | SANTA CRUZ COUNTY | 8/9/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 153 | | 16320 | SANTA CRUZ COUNTY | 9/13/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 154 | | 16320 | SANTA CRUZ COUNTY | 9/29/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 155 | | 16320 | SANTA CRUZ COUNTY | 11/28/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 156 | | 16320 | SANTA CRUZ COUNTY | 11/23/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 157 | | 16320 | SANTA CRUZ COUNTY | 12/2/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 158 | | 16320 | SANTA CRUZ COUNTY | 12/30/2022 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 159 | | 16320 | SANTA CRUZ COUNTY | 1/24/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 160 | | 16320 | SANTA CRUZ COUNTY | 2/2/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 161 | | 16320 | SANTA CRUZ COUNTY | 2/21/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 162 | | 16320 | SANTA CRUZ COUNTY | 3/8/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 163 | | 16320 | SANTA CRUZ COUNTY | 3/27/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 164 | | 16320 | SANTA CRUZ COUNTY | 3/29/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $225,000.00 |
| 165 | | 16320 | SANTA CRUZ COUNTY | 4/11/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $325,000.00 |
| 166 | | 16320 | SANTA CRUZ COUNTY | 5/2/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 3516 | $725,000.00 |

**US v. Gutfahr**

**3.000004**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 167 | | 6320 | SANTA CRUZ COUNTY | 5/31/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | | 8516 | $725,000.00 |
| 168 | | 6320 | SANTA CRUZ COUNTY | 5/31/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $225,000.00 |
| 169 | | 6320 | SANTA CRUZ COUNTY | 8/1/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $750,000.00 |
| 170 | | 6320 | SANTA CRUZ COUNTY | 8/23/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $2,950,000.00 |
| 171 | | 6320 | SANTA CRUZ COUNTY | 9/8/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $350,000.00 |
| 172 | | 6320 | SANTA CRUZ COUNTY | 9/18/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 173 | | 6320 | SANTA CRUZ COUNTY | 10/10/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 174 | | 6320 | SANTA CRUZ COUNTY | 10/25/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 175 | | 6320 | SANTA CRUZ COUNTY | 11/6/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $325,000.00 |
| 176 | | 6320 | SANTA CRUZ COUNTY | 11/17/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 177 | | 6320 | SANTA CRUZ COUNTY | 11/29/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 178 | | 6320 | SANTA CRUZ COUNTY | 12/7/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 179 | | 6320 | SANTA CRUZ COUNTY | 12/22/2023 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 180 | | 6320 | SANTA CRUZ COUNTY | 1/4/2024 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 181 | | 6320 | SANTA CRUZ COUNTY | 1/19/2024 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $375,000.00 |
| 182 | | 6320 | SANTA CRUZ COUNTY | 1/25/2024 | WIRE | RIO RICO CONSULTING | WELLS FARGO | 8516 | $240,000.00 |
| 183 | | 6320 | SANTA CRUZ COUNTY | 1/30/2024 | WIRE | RIO RICO CONSULTING | BMO BANK | 6896 | $325,000.00 |
| 184 | | 6320 | SANTA CRUZ COUNTY | 2/15/2024 | WIRE | RIO RICO CONSULTING | BMO BANK | 6896 | $325,000.00 |
| 185 | | 6320 | SANTA CRUZ COUNTY | 3/4/2024 | WIRE | RIO RICO CONSULTING | BMO BANK | 6896 | $375,000.00 |
| 186 | | 6320 | SANTA CRUZ COUNTY | 3/20/2024 | WIRE | RIO RICO CONSULTING | BMO BANK | 6896 | $375,000.00 |
| 187 | | 6320 | SANTA CRUZ COUNTY | 3/28/2024 | WIRE | RIO RICO CONSULTING | BMO BANK | 6896 | $425,000.00 |

**US v. Gutfahr**

**3.000005**