# EXHIBIT 2



# Transcript of **Elizabeth Gutfahr Interview**

### Monday, April 8, 2024

*Gutfahr*

www.TP.One
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 141300

DOJ-0000008618

1           UNITED STATES DEPARTMENT OF JUSTICE

2

3

4           INTERVIEW OF ELIZABETH GUTFAHR

5

6                   Interviewed by:

7     FBI Special Agent Shannon Gonzalez, FBI Special

8   Agent Dawn Monahan, and Forensic Accountant Rudy

9                       Ruiz

10

11

12

13           Monday, April 8, 2024

14

15

16

17

18

19       United States Department of Justice

20   Criminal Division, Public Integrity Section

21         1331 F Street, Third Floor

22           Washington, D.C. 20004


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008619
800.FOR.DEPO
(800.367.3376)

2.000002

```
 1                    P R O C E E D I N G S

 2              SPECIAL AGENT SHANNON GONZALEZ:  So,

 3    again, thanks for coming out and meeting with us.

 4    Do you have any idea why we're here?

 5              MS. ELIZABETH GUTFAHR:  Yeah, I had a

 6    meeting this morning with Jesus and the current

 7    manager.

 8              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

 9              MS. ELIZABETH GUTFAHR:  And Finance and -

10    -

11              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

12              MS. ELIZABETH GUTFAHR:  I did have a

13    meeting with them this morning.

14              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

15    And can you tell us what the meeting was about?

16              MS. ELIZABETH GUTFAHR:  Yeah.  They just

17    told me that, you know, what they had found, and

18    that they had received a phone call from the bank -

19    -

20              SPECIAL AGENT SHANNON GONZALEZ:  Mmhmm.

21              MS. ELIZABETH GUTFAHR:  And that next

22    week they'll go before the board, and that I would
```

**TP One**
US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008620
800.FOR.DEPO
(800.367.3376)

2.000003

1   be suspended for her case until further

2   investigation.

3            SPECIAL AGENT DAWN MONAHAN:   Okay.

4            SPECIAL AGENT SHANNON GONZALEZ:   Okay.

5   And specifically, what would you be suspended for,

6   I guess?

7            MS. ELIZABETH GUTFAHR:   For -- I guess

8   for those transfers from September of 2023 I think

9   it was, or something like that.

10           SPECIAL AGENT SHANNON GONZALEZ:   Okay.

11           MS. ELIZABETH GUTFAHR:   Through March of

12  2024 -- something like that.

13           SPECIAL AGENT SHANNON GONZALEZ:   Okay.

14  Okay.

15           SPECIAL AGENT DAWN MONAHAN:   And tell us

16  specifically about the transfers.   What were they

17  referring to?

18           MS. ELIZABETH GUTFAHR:   I guess the bank

19  had called them.

20           SPECIAL AGENT DAWN MONAHAN:   Okay.

21           SPECIAL AGENT SHANNON GONZALEZ:   And what

22  bank would that be?   I'm sorry --


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008621
800.FOR.DEPO
(800.367.3376)

2.000004

1                MS. ELIZABETH GUTFAHR:   Chase.

2                SPECIAL AGENT SHANNON GONZALEZ:   Chase

3     Bank called them?   Okay.

4                SPECIAL AGENT DAWN MONAHAN:   And so,

5     what?

6                MS. ELIZABETH GUTFAHR:   And said that

7     those transfers that are all work they used, but

8     those transfers that were transferred into one of

9     my accounts, which I had opened recently -- and the

10    reason I had opened it is because -- and it's not

11    with everyone, but it's like some companies.   Let's

12    say Wells Fargo, if you're going to invest with

13    them, you need a middleman -- a middle company --

14                SPECIAL AGENT SHANNON GONZALEZ:   Okay.

15                MS. ELIZABETH GUTFAHR:   -- and that's

16    what I was going to do, be like the middleman.   And

17    that's when they said, well, we don't have a

18    contract with them, so no, what you did was wrong.

19    And I said, I understand.

20                SPECIAL AGENT SHANNON GONZALEZ:   Okay.

21                MS. ELIZABETH GUTFAHR:   So, I just said,

22    you know, I'm willing to pay it back.   So, they

Scheduling@TP.One
www.TP.One

DOJ-0000008622
800.FOR.DEPO
(800.367.3376)

TP One
US v. Gutfahr

2.000005

1           SPECIAL AGENT DAWN MONAHAN:  Okay.

2           MS. ELIZABETH GUTFAHR:  And I talked to

3    someone who is in the same line in business.  They

4    said that BMO was the best for that.

5           SPECIAL AGENT DAWN MONAHAN:  For

6    ranching.

7           MS. ELIZABETH GUTFAHR:  For ranching.

8           SPECIAL AGENT DAWN MONAHAN:  Okay.  So,

9    the BMO account you just open is supposed to be for

10   ranching?

11          MS. ELIZABETH GUTFAHR:  Yes.  Well,

12   because we have more than one business.  We have

13   the cattle business, and then we have horse

14   boarding.

15          SPECIAL AGENT DAWN MONAHAN:  Okay.

16          MS. ELIZABETH GUTFAHR:  And the horse

17   boarding, we board like 80, 90 horse.

18          SPECIAL AGENT DAWN MONAHAN:  Oh my, okay.

19   I'm a little confused though because you said that

20   BMO was the middleman account for investment, but

21   then you said it's going to be used for ranching.

22          MS. ELIZABETH GUTFAHR:  No, no, no.  BMO


US v. Gutfahr

```
1    -- Rio Rico Consulting wasn't --

2            SPECIAL AGENT DAWN MONAHAN:  Okay.

3            MS. ELIZABETH GUTFAHR:  For -- again,

4    let's say it was intended for the county, except

5    for me personally.

6            SPECIAL AGENT DAWN MONAHAN:  The BMO

7    account is intended for the county.

8            MS. ELIZABETH GUTFAHR:  Yeah.

9            SPECIAL AGENT DAWN MONAHAN:  Okay.

10           MS. ELIZABETH GUTFAHR:  The business, Rio

11   Rico Consulting, was meant as a middleman.

12           SPECIAL AGENT DAWN MONAHAN:  Okay.

13           MS. ELIZABETH GUTFAHR:  To be able --

14   well, yeah, with the checking account.  Yes, you're

15   right.

16           SPECIAL AGENT DAWN MONAHAN:  The BMO

17   checking account under Rio Rico Consulting, LLC.

18           MS. ELIZABETH GUTFAHR:  Yes.

19           SPECIAL AGENT DAWN MONAHAN:  Is made for

20   the middleman, aha --

21           MS. ELIZABETH GUTFAHR:  Along with

22   business -- yes, you're right.
```


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008674
800.FOR.DEPO
(800.367.3376)

2.000057

1          SPECIAL AGENT DAWN MONAHAN:   For the

2    county.

3          MS. ELIZABETH GUTFAHR:   For the county.

4          SPECIAL AGENT DAWN MONAHAN:   Explain how

5    that works for me.   I don't understand the

6    middleman investment thing.   I'm not accountant

7    savvy, so explain that.

8          MS. ELIZABETH GUTFAHR:   Some banks, like

9    with Wells Fargo, if you want to invest, let's say

10   you if want to buy -- if you want to invest with

11   them, you can't just go in and say, I'm going to

12   invest $2 million.

13         SPECIAL AGENT DAWN MONAHAN:   Okay.

14         MS. ELIZABETH GUTFAHR:   You have to have

15   a middleman.   They won't take your money just like

16   that.

17         SPECIAL AGENT DAWN MONAHAN:   They won't

18   take your personal money, or they won't the county

19   money?

20         MS. ELIZABETH GUTFAHR:   The county money.

21         SPECIAL AGENT DAWN MONAHAN:   Okay.

22         MS. ELIZABETH GUTFAHR:   So that's why I

TP One
US v. Gutfahr
Scheduling@TP.One
www.TP.One
DOJ-0000008675
800.FOR.DEPO
(800.367.3376)
2.000058

1   approximate?

2              MR. RUDY RUIZ:  -- since it opened?  The

3   BMO one.

4              MS. ELIZABETH GUTFAHR:  I was thinking it

5   was like $1 million or something, but --

6              SPECIAL AGENT DAWN MONAHAN:  Okay.

7              MS. ELIZABETH GUTFAHR:  Or a little over

8   -- $1.5.  That's what I was thinking.

9              SPECIAL AGENT DAWN MONAHAN:  So, a little

10  over --

11             MS. ELIZABETH GUTFAHR:  But according to

12  the county, it was more than that.  That's what I

13  want to check, but I'm willing to pay it all back.

14             SPECIAL AGENT DAWN MONAHAN:  So, you

15  wired, let's just say $1 million, like you said.

16  And you said, there's some left.  Meaning, where

17  did the money go?  If it didn't get invested, where

18  did it go?

19             MS. ELIZABETH GUTFAHR:  I used it.

20             MS. ELIZABETH GUTFAHR:  Okay.

21             SPECIAL AGENT DAWN MONAHAN:  That's a lot

22  of money.


**US v. Gutfahr**

Scheduling@TP.One
www.TP.One

**DOJ-0000008679**
800.FOR.DEPO
(800.367.3376)

**2.000062**

1   probably about right.

2         MR. RUDY RUIZ:  Oh, so during -- since

3   you got elected from 201MS. ELIZABETH GUTFAHR:  to

4   present, you transferred --?

5         MS. ELIZABETH GUTFAHR:  Oh from 2013, I

6   didn't do that.  This is new.

7         MR. RUDY RUIZ:  Oh --

8         SPECIAL AGENT DAWN MONAHAN:  Yeah, the

9   new -- the account has been open for six months.

10        MR. RUDY RUIZ:  Oh, okay.  So, then the

11  wire -- the only time you started transferring from

12  the county over it was what time period?

13        MS. ELIZABETH GUTFAHR:  In the last three

14  months.

15        MR. RUDY RUIZ:  Oh, okay.

16        SPECIAL AGENT SHANNON GONZALEZ:  And then

17  when you were with Wells Fargo was prior to, right?

18        MS. ELIZABETH GUTFAHR:  Mmhmm.

19        SPECIAL AGENT SHANNON GONZALEZ:  Okay.

20  And that's -- you've had that account for a long

21  time?

22        MS. ELIZABETH GUTFAHR:  But that was used


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008699
800.FOR.DEPO
(800.367.3376)

2.000082

1    for something completely different. The LLC was

2    just created.  An actual LLC was just created for -

3    -

4              SPECIAL AGENT SHANNON GONZALEZ:  For the

5    new one?

6              MS. ELIZABETH GUTFAHR:  For the county,

7    uhuu.

8              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

9    And so, Wells Fargo though, that wasn't -- you

10   didn't do any wire transfers through Wells Fargo?

11             MR. RUDY RUIZ:  So, from the county --

12             MS. ELIZABETH GUTFAHR:  Because they're

13   saying -- they're going back to September.  Like,

14   they're saying that from September to March.  So,

15   in September, I don't think I had --

16             MR. RUDY RUIZ:  So, there hasn't been any

17   wire transfers before that time period from the

18   county to your --

19             SPECIAL AGENT DAWN MONAHAN:  We're not

20   concerned with what the county is talking about.

21             SPECIAL AGENT SHANNON GONZALEZ:  Yeah,

22   I'm just asking you?


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008700
800.FOR.DEPO
(800.367.3376)

2.000083

1                  SPECIAL AGENT DAWN MONAHAN:  We're asking

2       you --

3                  SPECIAL AGENT SHANNON GONZALEZ:  I'm

4       asking you -- I'm trying to understand Wells Fargo.

5       Did you make transfers, wire transfers when you had

6       Wells Fargo from the county --?

7                  MS. ELIZABETH GUTFAHR:  Yes.  And I agree

8       with the county that it was about September.

9                  SPECIAL AGENT SHANNON GONZALEZ:

10      September?  What about prior to that?

11                 MS. ELIZABETH GUTFAHR:  No.

12                 SPECIAL AGENT SHANNON GONZALEZ:  So, you

13      made no other wire transfers, just this new account

14      with BMO, or BMO, right?

15                 MS. ELIZABETH GUTFAHR:  No, but the

16      county is saying since September --

17                 SPECIAL AGENT DAWN MONAHAN:  Okay.  So,

18      you're disagreeing with the county is what you're

19      saying.

20                 MS. ELIZABETH GUTFAHR:  I'm not

21      disagreeing.

22                 SPECIAL AGENT DAWN MONAHAN:  Okay.



Scheduling@TP.One
www.TP.One

DOJ-0000008701
800.FOR.DEPO
(800.367.3376)

US v. Gutfahr

2.000084

1    anytime soon or --

2              MS. ELIZABETH GUTFAHR:  She's been

3    talking about that.

4              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

5              SPECIAL AGENT DAWN MONAHAN:  That's a

6    long time.

7              MS. ELIZABETH GUTFAHR:  It is.

8              SPECIAL AGENT SHANNON GONZALEZ:  Yeah.

9              MS. ELIZABETH GUTFAHR:  She's been

10   talking about leaving, and then says -- because

11   she's younger than I am and then says, well, I

12   can't get the insurance and -- so, I think she's

13   ready to retire back but it could be because

14   insurance and I think she has her grandkids living

15   with her now and so --

16             SPECIAL AGENT SHANNON GONZALEZ:  Okay.

17   Okay.

18             SPECIAL AGENT DAWN MONAHAN:  MS. Gutfahr,

19   how much do you make at the county -- salary?

20             SPECIAL AGENT DAWN MONAHAN:  $65,000.

21             MS. ELIZABETH GUTFAHR:  Next year, we get

22   a $20,000 raise.


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008719
800.FOR.DEPO
(800.367.3376)

2.000102

1              SPECIAL AGENT DAWN MONAHAN:  You're the

2     Santa Cruz County Treasurer, and you're not filing

3     your taxes?  How's that going to look --?

4              SPECIAL AGENT SHANNON GONZALEZ:  How come

5     you haven't done them?

6              MS. ELIZABETH GUTFAHR:  Just, I don't

7     know -- time.

8              SPECIAL AGENT DAWN MONAHAN:  Time?

9              MS. ELIZABETH GUTFAHR:  Sick -- so we've

10    been working on putting all that together to be

11    able to file everything at the same time.

12             SPECIAL AGENT SHANNON GONZALEZ:  Do you

13    remember when the last time you filed taxes was?

14             MS. ELIZABETH GUTFAHR:  I don't --

15             SPECIAL AGENT SHANNON GONZALEZ:  Okay.

16    It's been a while?

17             SPECIAL AGENT DAWN MONAHAN:  Just so we

18    understand, and we know this, you're not filing

19    taxes for the businesses, as well as your income.

20             MS. ELIZABETH GUTFAHR:  The only taxes

21    we've been filing is the quarterly taxes.

22             SPECIAL AGENT DAWN MONAHAN:  The

**TP One**
US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008740
800.FOR.DEPO
(800.367.3376)

2.000123

```
 1              SPECIAL AGENT DAWN MONAHAN:  Okay.

 2              MS. ELIZABETH GUTFAHR:  And that's when

 3    he moved.

 4              SPECIAL AGENT DAWN MONAHAN:  Oh.  Did you

 5    all live separate?

 6              MS. ELIZABETH GUTFAHR:  Mmhmm.

 7              SPECIAL AGENT DAWN MONAHAN:  Okay.

 8              SPECIAL AGENT SHANNON GONZALEZ:  So, he

 9    stayed at the house.  Where was that house?

10              MS. ELIZABETH GUTFAHR:  That we just

11    sold.

12              SPECIAL AGENT SHANNON GONZALEZ:  Which

13    one was that?

14              MS. ELIZABETH GUTFAHR:  At Rio Rico and

15    Camino Kansas.

16              SPECIAL AGENT DAWN MONAHAN:  -- and

17    Camino Kansas.

18              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

19    So, he stayed there till it sold, and then he moved

20    into the ranch.

21              MS. ELIZABETH GUTFAHR:  So, he kind of

22    got -- he's 8SPECIAL AGENT SHANNON GONZALEZ:  years
```



Scheduling@TP.One
www.TP.One

DOJ-0000008765
800.FOR.DEPO
(800.367.3376)

US v. Gutfahr

2.000148

```
1    old and he didn't want to live by himself.

2              SPECIAL AGENT DAWN MONAHAN:  Okay.

3              SPECIAL AGENT SHANNON GONZALEZ:  So, do

4    you pay -- do you make monthly payments to Stewart

5    Title or --

6              MS. ELIZABETH GUTFAHR:  Yes.

7              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

8    And how much are those, approximately?

9              MS. ELIZABETH GUTFAHR:  $24,000.

10             SPECIAL AGENT SHANNON GONZALEZ:  You make

11   a monthly payment of $24,000 to Stewart Title for

12   your ranch?  Okay.

13             SPECIAL AGENT DAWN MONAHAN:  And how do

14   you pay for that?

15             MS. ELIZABETH GUTFAHR:  That's with the

16   income from the payments that we've got.

17             SPECIAL AGENT DAWN MONAHAN:  From what?

18             MS. ELIZABETH GUTFAHR:  From the horse

19   and the cattle.  We just put all our money

20   together.  Pay how we can.

21             MR. RUDY RUIZ:  So did any of the money

22   from JP Morgan ever -- if you utilized the money --
```


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008766
800.FOR.DEPO
(800.367.3376)

2.000149

1          MS. ELIZABETH GUTFAHR:  It might have --

2    yeah, it might have -- you know --

3          MR. RUDY RUIZ:  So, you paid money from

4    the county --

5          MS. ELIZABETH GUTFAHR:  Might have gotten

6    mixed in there, yes.

7          MR. RUDY RUIZ:  Okay.

8          SPECIAL AGENT DAWN MONAHAN:  When you

9    say, might have.  Why?

10          MS. ELIZABETH GUTFAHR:  Well, because

11   sometimes -- something I should have done is

12   comingled, you know, monies.  So, it's just kind of

13   hard to say like every month, like, okay pay that -

14   - pay on this account, pay this, pay that.  Or if

15   the job payments came in, if they're coming into

16   one account instead of the other, you know, the

17   money just got -- and that's why we changed to BMO.

18   We're trying to keep everything separate and do the

19   cattle just with -- Gutfahr Land and Cattle.  Get

20   rid of Double D.  We didn't need two, we just

21   needed one.  We've been trying to fix on that and

22   just do things better.  I think we, or I, jumped


**US v. Gutfahr**

Scheduling@TP.One
www.TP.One

DOJ-0000008767
800.FOR.DEPO
(800.367.3376)

**2.000150**

1          MS. ELIZABETH GUTFAHR:  The same way,

2     with loans.

3          SPECIAL AGENT DAWN MONAHAN:  Same

4     investor?

5          MS. ELIZABETH GUTFAHR:  Same investor.

6     Well, no.  My son was with the same investor, and

7     we still owe in that.

8          SPECIAL AGENT DAWN MONAHAN:  Okay.

9          MS. ELIZABETH GUTFAHR:  And then the

10    other one, the people that sold it to us, we made

11    monthly payments to them.

12         SPECIAL AGENT DAWN MONAHAN:  So, like

13    private sell.

14         MS. ELIZABETH GUTFAHR:  Yeah.

15         SPECIAL AGENT DAWN MONAHAN:  And you're

16    paying that -- and that one's paid or -- ?

17         MS. ELIZABETH GUTFAHR:  That one's paid.

18         SPECIAL AGENT DAWN MONAHAN:  Okay.

19         SPECIAL AGENT SHANNON GONZALEZ:  And how

20    much was that one?

21         MS. ELIZABETH GUTFAHR:  That one was like

22    -- I think like $600,000.

1           SPECIAL AGENT SHANNON GONZALEZ:  And how

2    much was your son's?

3           MS. ELIZABETH GUTFAHR:  $1.2

4           SPECIAL AGENT SHANNON GONZALEZ:  And who

5    pays?  His --

6           MS. ELIZABETH GUTFAHR:  With the cattle.

7           SPECIAL AGENT SHANNON GONZALEZ:  He pays

8    that one?  So, his was $1.2.  The other, the

9    $600,000.  And then yours was $MS. ELIZABETH

10   GUTFAHR:  million -- your home, including property

11   or just the house?

12          MS. ELIZABETH GUTFAHR:  It covers

13   everything.

14          SPECIAL AGENT SHANNON GONZALEZ:

15   Everything.  Okay.

16          SPECIAL AGENT DAWN MONAHAN:  Liz, you

17   find it, like -- you find -- why we might be a

18   little confused or questioning your ability to

19   afford all of this when you make $65,000 a year.

20          MS. ELIZABETH GUTFAHR:  Well, because of

21   the boarding and the cattle.  And that's why it

22   makes it much easier.


US v. Gutfahr

Scheduling@TP.One
www.TP.One

DOJ-0000008797
800.FOR.DEPO
(800.367.3376)

2.000180

```
 1              SPECIAL AGENT DAWN MONAHAN:  But I feel

 2   like boarding and the cattle, there's like the

 3   equal expenses that come along with that.  So, I'm

 4   kind of questioning profit margin and being able to

 5   afford a residence like this, and other properties,

 6   and investments and things like that, vehicles.

 7   I'm just kind of questioning how you're affording

 8   all of that.

 9              MS. ELIZABETH GUTFAHR:  It's been hard.

10   And that's probably why this happened.

11              SPECIAL AGENT DAWN MONAHAN:  Why you

12   tapped into the county money.

13              SPECIAL AGENT SHANNON GONZALEZ:  And are

14   you the only one on that account, on the BMO?

15   You're the only one who can transfer that money

16   from --

17              MS. ELIZABETH GUTFAHR:  I don't -- I

18   didn't get anybody else --

19              SPECIAL AGENT SHANNON GONZALEZ:  Okay.

20              MS. ELIZABETH GUTFAHR:  It's my error.

21              SPECIAL AGENT SHANNON GONZALEZ:  It's

22   your error.  Your error --
```


**US v. Gutfahr**

Scheduling@TP.One
www.TP.One

**DOJ-0000008798**
800.FOR.DEPO
(800.367.3376)

**2.000181**