# EXHIBIT 6

# In the Matter of:

*United States*

*vs*

*Gutfahr*

---

*Reporter's Transcript of Recorded Interviews*

*January 21, 2025*

---



# GRIFFIN GROUP INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

United States vs Gutfahr                                Reporter's Transcript of Recorded Interviews

```
In re:                              )
                                    )   Case No.
United States v. Elizabeth          )   24-CR-08132-RM
Gutfahr.                            )
                                    )
```

REPORTER'S TRANSCRIPT OF RECORDED INTERVIEW

INTERVIEW OF:   Daniel Erickson
                Heidi Gonzalez

INTERVIEW BY:   AUSA Jane Westby
                AUSA Nicholas W. Cannon
                S.A. Shannon Gonzalez

INTERVIEW DATE: January 21, 2025

PREPARED BY:
Keisha Heflin,
Certified Electronic
Transcriber No. CET-545

PREPARED FOR:
AUSA Jane Westby

(Certified Copy)



Griffin Group International
888.529.9990 | 602.264.2230

| | |
|---|---|
| **United States vs Gutfahr** | **Reporter's Transcript of Recorded Interviews** |

2

```
 1              (Audio begins.)
 2              S.A. GONZALEZ:  Good morning.  Today is
 3   January 21st.  We are here with a recorded voluntary
 4   interview with Daniel Erickson, Superintendent in Sonoita;
 5   also present, Jane Westby, AUSA, Nick Cannon, and myself,
 6   Shannon Gonzalez with the FBI.
 7              And did I get your title right,
 8   Mr. Erickson, Superintendent; correct?
 9              MR. ERICKSON:  Yeah.
10              S.A. GONZALEZ:  Okay.
11              MR. ERICKSON:  Superintendent, yes.
12              S.A. GONZALEZ:  Okay.  Wonderful.  Okay.
13   We -- we are recording.  So take it away.
14              MS. WESTBY:  Okay.  So our goal today is to
15   try to see if and to what extent your group has been
16   affected by the thefts of Ms. Gutfahr.  And I'm assuming
17   you're familiar with that -- with that case?
18              MR. ERICKSON:  Yes.
19              MS. WESTBY:  Okay.  And so our records show
20   that the -- the treasurer's office, they maintained some
21   of your funds for the use by -- hang on.  Let me get this
22   right.  It's -- this would be Sonoita 25; right, sir?
23              MR. ERICKSON:  Yeah.  Sonoita Elementary
24   School District Number 25, yes.
25              MS. WESTBY:  Okay.  So the information we
```

Griffin Group International
888.529.9990 | 602.264.2230

**United States vs Gutfahr**                                   Reporter's Transcript of Recorded Interviews

9

```
 1                MR. ERICKSON:  Yeah.  And if you need --
 2                MS. WESTBY:  Yeah.  That's --
 3                MR. ERICKSON:  -- their contact information,
 4   let me know.
 5                MS. WESTBY:  Sure.  If you have a phone
 6   number handy, that's great.  I'll just call them.  I'll
 7   just call them after we -- we chat.
 8                MR. ERICKSON:  Okay.
 9                MS. WESTBY:  Okay.  So you think at this
10   point -- going back to the $516,000, you think that might
11   be approximate to the chargeback amount.  And -- and then
12   is there someone separate that does your accounting to
13   charge this back to the Sonoita?
14                MR. ERICKSON:  Well, we work through the
15   county treasurer, through -- and my business manager does
16   all of that accounting.  So she might --
17                MS. WESTBY:  Okay.
18                MR. ERICKSON:  -- be a better person to talk
19   to about like the -- the specifics of how that works.
20                MS. WESTBY:  Right.  And that was my next
21   question.  And what is her name?
22                MR. ERICKSON:  Heidi Gonzalez.  If you want,
23   I mean, she's right next door.  I could bring her in on
24   this phone call.
25                MS. WESTBY:  Yeah.  I think -- I think
```

Griffin Group International
888.529.9990 | 602.264.2230

| United States vs Gutfahr | Reporter's Transcript of Recorded Interviews |
|---|---|

12

```
 1   your ability to make future payments with -- does that
 2   come out of your future budget then?  Is that how it
 3   works?
 4               HEIDI GONZALEZ:  It would come -- as far as
 5   I have been told, it will be coming out of our cash.  So
 6   it will affect our cash balances that we're currently
 7   carrying.  Once we get those numbers and those are
 8   adjusted, then they would be -- you know, then that --
 9   those -- those funds would no longer be available to us
10   because we then --
11               MS. WESTBY:  Okay.
12               HEIDI GONZALEZ:  -- reconciled the false --
13   falsified reports.  Okay.  I am working, you know, pretty
14   hard to prevent it from affecting us next year and keeping
15   enough cash in the account to where that wouldn't drain
16   our account, and we would still have income coming in
17   through the state through ADE, but it's -- it's really
18   hard to say right now --
19               MS. WESTBY:  Right.
20               HEIDI GONZALEZ:  -- until I get those final
21   figures from them.  But I -- you know, I had been told
22   that that we were possibly looking at getting about
23   162,000 back.  So, you know, it wouldn't -- we would be
24   cutting that hole 500,000, but --
25               MS. WESTBY:  And where -- where was the
```



Griffin Group International
888.529.9990 | 602.264.2230

United States vs Gutfahr                                    Reporter's Transcript of Recorded Interviews

20

```
 1              MS. WESTBY:  Right.
 2              MR. ERICKSON:  -- that extra half a million,
 3   we could do really cool things here for our kids.
 4              MS. WESTBY:  What kind of things could you
 5   do?
 6              MR. ERICKSON:  Well, one thing that we're
 7   looking to do is replace the 25-year-old building that was
 8   meant as a temporary structure and put in a brand-new
 9   science -- you know, state of the -- state-of-the-art
10   science lab for our middle school.
11              MS. WESTBY:  Uh-huh.
12              HEIDI GONZALEZ:  Yeah.  That would fund the
13   whole thing almost.
14              MR. ERICKSON:  Yeah.
15              MS. WESTBY:  Really?
16              MR. CANNON:  All right.  Can I -- yeah.  Can
17   I dig in on that?
18              MS. WESTBY:  Yeah.
19              MR. CANNON:  How long has this been
20   something that you guys wanted to pursue for your middle
21   schoolers?
22              MR. ERICKSON:  Well, I've only been here
23   since July 1.  So, for me, I can only say like 6 and a
24   half months, just because I'm the new superintendent.
25   But, that building, although it's in good enough shape to
```

Griffin Group International
888.529.9990 | 602.264.2230

22

1    HEIDI GONZALEZ:  Well, I mean, not really.
2    I know that that building has been off and on throughout
3    multiple superintendents.  And I am speaking as a parent
4    now.
5        MR. CANNON:  Yeah.
6        HEIDI GONZALEZ:  I'm stepping out of
7    business manager and employee, but I know that there had
8    been talk when my kids were going to school here about
9    getting -- you know, updating the building.  We also, you
10   know, I mean, part of the thing is too is going through
11   the state -- the school facilities board, we try and get
12   state funding for big capital projects like that as often
13   as possible.  And up until probably the last two to three
14   years, you know, they -- they kept saying that they didn't
15   have the funds for our project because we're rural
16   schools.  And I think that people have been working on
17   that on that department getting them more out to rural
18   schools.  And we've had more money come through the state
19   through that department since then.  But, I mean, the
20   building is -- is at least five years past its lifespan.
21   And it -- it had been -- it just becomes on the
22   superintendent.  You know what I mean?
23        So it was not a huge topic of conversation
24   with my last superintendent prior to Dan here.  Before
25   that, it was a topic of conversation.  So it's --

23

1        MS. WESTBY: Uh-huh.
2        HEIDI GONZALEZ: -- it's really hard for me
3   to give you that information, because if it's not written
4   down, if it's not been budgeted, there's not been reports
5   put in to start a project, I really don't have anything to
6   go off of.
7        MR. ERICKSON: Yeah. And that's the other
8   part is we have not gone anything past the discussion
9   phase. Like, I don't have numbers or anything like that
10  that I could share with you. But I can tell you that no
11  matter what the project is, a half million dollars in a
12  district of only a $2 million budget is a significant
13  increase that we could use to do all kinds of things, like
14  rightsize teacher salaries-so we're more competitive
15  across the state, to recruit teachers, to implement
16  curriculum, to buy new desks, to -- to do whatever it is
17  that, you know, school districts can do with that kind of
18  money, that's a big chunk of money for a really small
19  district.
20       Another project that I've kicked around and
21  look for grant funding for is to redo the turf on -- on
22  the -- in our athletic fields, because it's just grass and
23  there's divots, and it's -- it's an ankle-braking kind of
24  field if you try to maneuver down the field, to put in a
25  turf field out here so the kids have a safe place to play



Griffin Group International
888.529.9990 | 602.264.2230