# EXHIBIT 8

# In the Matter of:

*United States*

*vs*

***Gutfahr***

*Reporter's Transcript of Recorded Interviews*

*March 11, 2025*



# GRIFFIN GROUP INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

United States vs Gutfahr                    Reporter's Transcript of Recorded Interviews

```
UNITED STATES,            )
                          ) USAO No. 2023R10105
          Plaintiff,      )
                          ) Court No. 24-CR-08132-RM(EJM)
     vs.                  )
                          )
ELIZABETH GUTFAHR,        )
                          )
          Defendant.      )
_____)
```

REPORTER'S TRANSCRIPT OF RECORDED INTERVIEW

March 11, 2025
1:33 p.m.

```
PARTICIPANTS:     Shannon Gonzalez, Special Agent
                  Jane Westby, Esq.
                  Adan Amenzaga
                  Ana Holman
                  Jeff Matera, Esq.
                  Jessica Olivos
                  Agent Padro
```

```
TRANSCRIBED BY:
CINDY BACHMAN, CR
Certified Reporter
Certificate No. 50763

PREPARED FOR:
ASCII/CONDENSED
(Certified Copy)
```



Griffin Group International
888.529.9990 | 602.264.2230

```
                                                                    2
 1              (Commencement of recorded interview.)
 2                         * * * * *
 3              AGENT GONZALEZ:  Today is March 11, 2025.
 4   This is Special Agent Shannon Gonzalez with the FBI on
 5   a recorded interview with -- go ahead, please, and
 6   introduce yourselves.
 7              Jane, do you --
 8              MR. AMENZAGA:  Should I go first?
 9              AGENT GONZALEZ:  -- want to start?
10              MS. WESTBY:  You go first, Adam.
11              MR. AMENZAGA:  Okay.  Adam Amenzaga.
12   Actually, the legal name is Adan, A-d-a-n, Amenzaga.
13   I am the fire chief of the Rio Rico Medical & Fire
14   District.
15              Go ahead, Ana.
16              MS. HOLMAN:  My name is Ana Holman, and
17   I'm the administrative manager for the Rio Rico Fire
18   District.
19              MR. MATERA:  And this is Jeff Matera.
20   I'm legal counsel for the district.
21              MS. WESTBY:  And Jessica?
22              MS. OLIVOS:  And I'm Jessica Olivos.
23   I'm the victim witness advocate assigned to this case.
24              MS. WESTBY:  And I'm Jane Westby.  I'm the
25   assistant U.S. attorney, one of the DOJ prosecutors
```

United States vs Gutfahr                              Reporter's Transcript of Recorded Interviews

3

```
 1  assigned to the case.
 2                  And we also have Agent Padro.
 3                  AGENT GONZALEZ:  That's it.
 4                  MS. WESTBY:  Okay.  Well, thanks all for
 5  meeting with us.  So we've got a sentencing come up --
 6  it has been moved, the sentencing date, for Gutfahr.
 7  And this is all about our questions related to the harm
 8  that's been caused by Ms. Gutfahr.  Her sentence is
 9  June 18th, for sentencing.
10                  So we've been talking to the school and
11  the fire district to discuss about how this has
12  impacted the school, either financially, emotionally.
13                  And so I guess, Chief -- Amenzaga, am I
14  saying that correctly?
15                  MR. AMENZAGA:  Yeah.
16                  MR. MATERA:  Amenzaga.
17                  MS. WESTBY:  Amenzaga.  All right.
18  Thank you, sir.  Let's start with you.
19                  Are you anticipating financial needs being
20  unmet in the future?  What's the current status of
21  that?
22                  MR. AMENZAGA:  So kind of in summary, yes,
23  this finance that we're kind of going through, this
24  embezzlement, will create a hardship for the fire
25  district.
```

United States vs Gutfahr                                         Reporter's Transcript of Recorded Interviews

4

```
 1          We had plans -- part of our strategic plan
 2   for purchasing of equipment, trainings, different
 3   options for the district.  And because of the
 4   embezzlement, we're now having to change those plans.
 5   We're having to reevaluate even salaries, personnel,
 6   coverage.  All sorts of different items in the district
 7   was affected.
 8          And then talk about morale?  Morale has
 9   been difficult too, you know, to get them to understand
10   that, hey, you know, this embezzlement was not the
11   creation of the district.  It was outside of our
12   control.
13          So keeping morale up and, you know, trying
14   to inform everybody that we're working through a
15   process with legal and the County to see if we can get
16   those funds given back to us.  You know, we're still in
17   that process of finding out how much we're going to get
18   back.  We've been given different amounts.  So that's
19   been a frustration as well.
20          The lack of transparency on the County's
21   part, including the treasurer.  When we dealt with her
22   and asking her questions when she was still in power
23   about our monies and how they were -- how we were able
24   to collect money, spend money, move money, we were not
25   given any answers that were -- that were faithful, I
```



Griffin Group International
888.529.9990 | 602.264.2230

United States vs Gutfahr                                    Reporter's Transcript of Recorded Interviews

12

```
 1   these three ambulances?"  Are you going to get that
 2   money or (indiscernible)?
 3              MS. HOLMAN:  We're going to push for that.
 4              MS. WESTBY:  Okay.
 5              MS. HOLMAN:  They're saying that the
 6   money's not there.  But, I mean, how can you say, oh,
 7   the money -- here's the money that was stolen?  I mean,
 8   we are going to -- that's for the board instructors.
 9   We are continuing to operate the way we are.
10              MS. WESTBY:  Okay.  All right.  So right
11   now there's uncertainty whether you're going to be able
12   to get the ambulances and the trucks that you need.
13   Am I hearing that right?
14              MS. HOLMAN:  Absolutely.
15              MS. WESTBY:  Okay.  Okay.  All right.
16   And who is telling you that the money might not be
17   there?  Like the treasurer's office now is telling you
18   that?
19              MS. HOLMAN:  Yes.  Because they hired this
20   accounting firm to allocate the losses.  So they
21   allocated that way.  So the treasurer said, "Oh, this
22   is what it is, and you don't have money into that
23   account."  And so we fought back.  Chief Amenzaga and
24   I, we met -- I believe Matera also.  And we say, "You
25   cannot take this money."
```

Griffin Group International
888.529.9990 | 602.264.2230

United States vs Gutfahr

Reporter's Transcript of Recorded Interviews

13

1  So they kind of shield -- just those were
2  the restricted accounts. But if they had come out with
3  the $1.6 million that we lost, all they did is shuffle
4  that amount into two other accounts, saying that we
5  lost more money from the other account, and those will
6  be (indiscernible) back from when we build the tower.
7          MS. WESTBY: Okay. So what I'm hearing is
8  that it's approximately 1.6 million that they've -- or
9  (indiscernible) that they've allocated to you as a
10 portion of the loss from the 38 million?
11         Okay. I see. And you're nodding yes.
12 Okay. Is that right?
13         MR. MATERA: Yes. That's -- that's
14 correct.
15         MS. HOLMAN: That is correct.
16         So if they allocated $1.6 million, and
17 then they say that they're estimating that they're
18 going to recover about 320,000. So we're still missing
19 like $1.3 million.
20         MS. WESTBY: Okay.
21         MR. MATERA: If we were to accept that
22 amount, which at this time we're not.
23         MS. WESTBY: Right. No, understood.
24 Okay.
25         All right. And do you know when

Griffin Group International
888.529.9990 | 602.264.2230